United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN LYON JOHNSON,

    Plaintiff,

    v.

KELLI EVANS, et al.,

    Defendants.

Case No. 22-cv-02664-SI

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: Dkt. No. 8

On May 23, 2022, Magistrate Judge Beeler entered a Report and Recommendation advising this Court to dismiss plaintiff Sean Lyon Johnson's complaint for failure to plead legally viable claims.  Dkt. No. 8.  Johnson filed an objection on June 6, 2022.  Dkt. No. 10 (captioned "notice of appeal").  The Court finds Johnson's submission unpersuasive and will adopt the Report and Recommendation and dismiss the case.

In an underlying state court lawsuit, Johnson was unsatisfied with (1) the damages amount awarded to him by Judge Kelli Evans of the Alameda County Superior Court, and (2) how two state court deputy clerks performed their duties.  *Id*. at 1.  He sued all three in the Northern District of California to obtain a written apology, the removal or reassignment of Judge Evans and one of the clerks, and $10,000 from each defendant.  *Id*. at 2.  Magistrate Judge Beeler correctly observed that Judge Evans is absolutely immune from liability for damages for decisions arising out of the exercise of her judicial functions, *Mireles v. Waco*, 502 U.S. 9, 11 (1991); *Sharnese v. California*, 547 F. App'x 820, 822–23 (9th Cir. 2013), and that such immunity extends to individuals—such as the court clerks—performing functions necessary to the judicial process. *Miller v. Gammie*, 335 F.3d 889, 895–96 (9th Cir. 2003).  And to the extent Johnson challenges the Judge Evans' decisions, the *Rooker-Feldman* doctrine prevents federal courts from exercising subject matter jurisdiction over

1    direct or de facto appeals from state-court judgments. *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462

2    (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 482 (1923).

3         The lawsuit is **DISMISSED** without leave to amend.

4

5         **IT IS SO ORDERED**.

6    Dated: June 22, 2022

7    _____

8    SUSAN ILLSTON
     United States District Judge