UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM SULLIVAN,<br><br>    Defendant. | Case No. 18-cv-07160-SI<br><br>**ORDER GRANTING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 33 |

The Court entered final judgment against habeas petitioner Ricky Mendoza on May 31, 2022. Dkt. No. 32. Because petitioner has shown that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further,'" *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000), the Court **GRANTS** petitioner a certificate of appealability as to the six grounds for relief raised in the petition.

**IT IS SO ORDERED**.

Dated: June 22, 2022

_____
SUSAN ILLSTON
United States District Judge