UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LYON JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLI EVANS, et al.,<br><br>        Defendants. | Case No. 22-cv-02664-SI<br><br>**JUDGMENT** |

The Court dismissed plaintiff's complaint without leave to amend on June 22, 2022.  Dkt. No. 13.  Judgment against plaintiff and in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 23, 2022

_____
SUSAN ILLSTON
United States District Judge