UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYON STONE TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLI EVANS, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04470-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　　On August 2, 2022, Plaintiff Lyon Stone Trust dba Sean Lyons Johnson filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Susan Illston to determine whether it is related to *Johnson v. Evans*, No. 22-cv-02664 SI.

**IT IS SO ORDERED.**

Dated: August 8, 2022

_____
DONNA M. RYU
United States Magistrate Judge